# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Plaintiff Hsi Chang a/k/a Mark Chang )<br>)<br>v. )<br>Defendant JPMorgan Chase Bank, N.A. )<br>) | Case No.: 1:14-Civ-20368-MOORE/GARBER |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___12/08/2014___ against ___Plaintiff Hsi "Mark" Chang___,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................. | $ 0.00 |
| Fees for service of summons and subpoena ................................................ | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 4,742.68 |
| Fees and disbursements for printing ................................................... | 0.00 |
| Fees for witnesses *(itemize on page two)* ................................................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case................................................. | 0.00 |
| Docket fees under 28 U.S.C. 1923 ..................................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals ......................................... | 0.00 |
| Compensation of court-appointed experts ............................................... | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs *(please itemize)* ......................................................... | 0.00 |
| TOTAL | $ 4,742.68 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service       [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney: ___Andrew R. Herron___

Name of Attorney: ___Andrew R. Herron___

For: ___Defendant JPMorgan Chase Bank, N.A.___       Date: ___01/07/2015___
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*       *Deputy Clerk*       *Date*

**Exhibit 1**

# UNITED STATES DISTRICT COURT

## Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

  When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

  Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



# Fernandez&Associates
## court reporters

Rivergate Plaza Suite 718
444 Brickell Avenue Miami Florida 33131
305 374.8868 Fax 305 374.9668
service@fernandezCR.com
FernandezCourtReporters.com

# Invoice

| BILL TO | |
|---|---|
| Herron Ortiz<br>255 Alhambra Circle<br>Suite 1060<br>Coral Gables, Florida 33134 | |
| ATTN | Brian Lechich, Esq. |

| INVOICE # | DATE |
|---|---|
| 17016 | 10/30/2014 |

| REPORTER | TERMS |
|---|---|
| S. Fernandez | Due on receipt |

| DATE TAKEN | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| | Chang vs. JP Morgan Chase | | | |
| 10/17/2014 | Attendance of Reporter 10:00 to 6:00 (one hour lunch). | 1 | 340.00 | 340.00 |
| | Original and one copy of the Deposition of Hsi Chang (expedite). | 233 | 6.60 | 1,537.80 |
| | E-Transcript, Miniscript & Index. | 1 | 35.00 | 35.00 |
| | Postage & Handling (courier). | 1 | 20.00 | 20.00 |

If collection action is necessary to obtain payment of this invoice, Fernandez & Associates Court Reporters shall be entitled to recover from payor all costs of collection, including interest, court costs, and a reasonable attorney's fee.

**Total** **$1,932.80**

WE ACCEPT CREDIT CARD PAYMENTS | TAX ID NUMBER

# Veritext Florida Reporting Co.

2 South Biscayne Blvd, Suite 2250  
Miami FL 33131  
Tel. 305-376-8800 Fax. 305-377-1100  
Fed. Tax ID: ███




**VERITEXT**  
LEGAL SOLUTIONS

3152.084 ①  
QB

| | |
|---|---|
| Invoice #: | FLA2189184 |
| Invoice Date: | 11/26/2014 |
| Balance Due: | $1,591.70 |

**Bill To:** Andrrew R. Herron  
Herron Ortiz, PA  
255 Alhambra Circle  
Suite 1060  
Miami, FL, 33131-3502

| | |
|---|---|
| Case: | Chang, HSI, Aka Chang Mark v. J P Morgan Chase Bank NA |
| Job #: | 1953399 | Job Date: 11/10/2014 | Delivery: Normal |
| Billing Atty: | Andrrew R. Herron |
| Location: | Herron Ortiz |
| | 255 Alhambra Circle | Suite 1060 | Coral Gables, FL 33134 |
| Sched Atty: | Carl F. Schoeppl, Esq. | Schoeppl & Burke |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Mario Torano | Certified Transcript | Page | 233.00 | $3.30 | $768.90 |
| | CD Depo Litigation Package | Per CD | 1.00 | $43.50 | $43.50 |
| Rumaldo Hernandez | Certified Transcript | Page | 216.00 | $3.30 | $712.80 |
| | CD Depo Litigation Package | Per CD | 1.00 | $43.50 | $43.50 |
| | Shipping & Handling | Package | 1.00 | $23.00 | $23.00 |

**Notes:** Emailed 1953399-1.PDF To aherron@herronortiz.com  
Emailed 1953399-2.PDF To aherron@herronortiz.com

| | |
|---|---|
| Invoice Total: | $1,591.70 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,591.70 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

**To pay online, go to www.Veritext.com**  
Veritext accepts all major credit cards  
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**  
Veritext  
P.O. Box 71303  
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | FLA2189184 |
| Job #: | 1953399 |
| Invoice Date: | 11/26/2014 |
| Balance: | $1,591.70 |

18968

**Veritext Florida Reporting Co.**

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: ███



| Bill To: | Andrrew R. Herron<br>Herron Ortiz, PA<br>255 Alhambra Circle<br>Suite 1060<br>Miami, FL, 33131-3502 | | Invoice #: | FLA2166656 |
|---|---|---|---|---|
| | | | Invoice Date: | 10/30/2014 |
| | | | Balance Due: | $1,197.70 |

| Case: | Chang, HSI, Aka Chang Mark v. J P Morgan Chase Bank NA |
|---|---|
| Job #: | 1945009 | Job Date: 10/16/2014 | Delivery: Normal |
| Billing Atty: | Andrrew R. Herron |
| Location: | Schoeppl & Burke |
| | 4651 N Federal Hwy | Boca Raton, FL 33431-5133 |
| Sched Atty: | Carl F. Schoeppl, Esq. | Schoeppl & Burke |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Olga L. Perdomo - Vol. 1 (Chang/Freeman) | Certified Transcript | Page | 187.00 | $3.30 | $617.10 |
| | CD Depo Litigation Package | Per CD | 1.00 | $43.50 | $43.50 |
| Olga L. Perdomo - Vol. 2 (Chang/Freeman) | Certified Transcript | Page | 142.00 | $3.30 | $468.60 |
| | CD Depo Litigation Package | Per CD | 1.00 | $43.50 | $43.50 |
| | Shipping & Handling - Messenger Service | 1 | 1.00 | $25.00 | $25.00 |

| Notes: | | Invoice Total: | $1,197.70 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,197.70 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | FLA2166656 |
|---|---|
| Job #: | 1945009 |
| Invoice Date: | 10/30/2014 |
| Balance: | $1,197.70 |

16968

# Veritext Florida Reporting Co.

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID:



**Bill To:** Andrew Ross Herron Esq
Herron Ortiz, PA
255 Alhambra Circle
Suite 1060
Miami, FL, 33131-3502

**Invoice #:** FLA2187871
**Invoice Date:** 11/25/2014
**Balance Due:** $731.31

| | |
|---|---|
| Case: | Chang, HSI, Aka Chang Mark v. J P Morgan Chase Bank NA |
| Job #: | 1944999 | Job Date: 11/6/2014 | Delivery: Normal |
| Billing Atty: | Andrew Ross Herron Esq |
| Location: | Atkinson Andelson Loya Ruud & Romo |
| | 12800 Center Court Drive | Suite 300 | Cerritos, CA 90703 |
| Sched Atty: | Carl F. Schoeppl, Esq. | Schoeppl & Burke |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 198.00 | $3.30 | $653.40 |
| William Lin | CD Depo Litigation Package | Per CD | 1.00 | $43.50 | $43.50 |
| | Shipping & Handling | Package | 1.00 | $34.41 | $34.41 |

**Notes:** Emailed 1944999-1.PDF To aherron@horronortiz.com
Depo Held in Cerritos, CA

| | |
|---|---|
| Invoice Total: | $731.31 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $731.31 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

*[handwritten: 3176.084 73/QB]*

**To pay online, go to www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

**Invoice #:** FLA2187871
**Job #:** 1944999
**Invoice Date:** 11/25/2014
**Balance:** $731.31

## Veritext Florida Reporting Co.

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID:



**Bill To:** Andrew Ross Herron Esq
Herron Ortiz, PA
255 Alhambra Circle
Suite 1060
Miami, FL, 33131-3502

**Invoice #:** FLA2191136
**Invoice Date:** 12/1/2014
**Balance Due:** $892.87

| | |
|---|---|
| **Case:** | Freeman, William M. v. J P Morgan Chase Bank NA |
| **Job #:** | 1945002 \| Job Date: 11/7/2014 \| Delivery: Normal |
| **Billing Atty:** | Andrew Ross Herron Esq |
| **Location:** | Atkinson Andelson Loya Ruud & Romo |
| | 12800 Center Court Drive \| Suite 300 \| Cerritos, CA 90703 |
| **Sched Atty:** | Carl F. Schoeppl, Esq. \| Schoeppl & Burke |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 247.00 | $3.30 | $815.10 |
| Chris Lim | CD Depo Litigation Package | Per CD | 1.00 | $43.50 | $43.50 |
| | Shipping & Handling | Package | 1.00 | $34.27 | $34.27 |

**Notes:** Depo Held in Cerritos, CA

| | |
|---|---|
| **Invoice Total:** | $892.87 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $892.87 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

**To pay online, go to www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | FLA2191136 |
| **Job #:** | 1945002 |
| **Invoice Date:** | 12/1/2014 |
| **Balance:** | $892.87 |

18968