# Herron | Ortiz

### ATTORNEYS AT LAW

255 Alhambra Circle
Suite 1060
Coral Gables, FL 33134

Invoice submitted to:
JPMorgan Chase
Ted McNamara
Assistant General Counsel

October 08, 2015

In Reference To: Mark Hsi Chang v. Chase (.084)

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2014 | ARH | Attention to scheduling order and deadlines therein.<br>Case Assessment | 0.20<br>300.00/hr | 60.00 |
| | ARH | Prepare, revise and file opposition to Plaintiff's Motion to Modify Scheduling Order.<br>Written Motions and Submissions | 6.60<br>300.00/hr | 1,980.00 |
| 12/2/2014 | BL | ██████████████████████████████<br>Document/File Management | 0.20<br>208.00/hr | NO CHARGE |
| | BL | ████████████████████<br>Document/File Management | 2.30<br>208.00/hr | 478.40 |
| | ARH | ██████████████████████████<br>Document/File Management | 0.50<br>300.00/hr | 150.00 |
| 12/3/2014 | BL | ████████████████████████<br>Document/File Management | 0.50<br>208.00/hr | 104.00 |
| | BL | ██████████████████████████████ | 1.20<br>208.00/hr | 249.60 |

**Exhibit 2**

| | | Hrs/Rate | Amount |
|---|---|---|---|

████████████████
Case Assessment

| 12/3/2014 | BL | | 0.60<br>208.00/hr | 124.80 |
|---|---|---|---|---|

Conduct research in support of opposition to plaintiff's motion to
compel production of documents.
Analysis/Strategy

| | BL | | 0.10<br>208.00/hr | 20.80 |
|---|---|---|---|---|

Email to Mario Torano regarding Chantelle Guillion's SID.
Analysis/Strategy

| | BL | | 4.30<br>208.00/hr | 894.40 |
|---|---|---|---|---|

Draft and revise response in opposition to plaintiff's motion to compel
production of documents and electronically archived information.
Discovery Motions

| | ARH | | 1.20<br>300.00/hr | 360.00 |
|---|---|---|---|---|

Revise opposition to motion to compel.
Discovery Motions

| | ARH | | 1.00<br>300.00/hr | 300.00 |
|---|---|---|---|---|

Correspond with Ted McNamara, Sarah Kavianian, and others
regarding ████████████████████████████████
███
Case Assessment

| | ARH | | 0.40<br>300.00/hr | 120.00 |
|---|---|---|---|---|

████████████████████████████████
████
Case Assessment

| | ARH | | 0.50<br>300.00/hr | 150.00 |
|---|---|---|---|---|

Attention to document production issues.
Case Assessment

| 12/4/2014 | BL | | 0.20<br>208.00/hr | 41.60 |
|---|---|---|---|---|

Correspond via email with Andrew R. Herron, Ted McNamara, Mario
Torano, and Sarah Kavianian regarding ████████████.
Case Assessment

| | BL | | 0.20<br>208.00/hr | 41.60 |
|---|---|---|---|---|

Conduct internet research on ████████████.
Case Assessment

| | BL | | 0.30<br>208.00/hr | 62.40 |
|---|---|---|---|---|

████████████████████████████████
Case Assessment

|            |     |                                                                                                  | Hrs/Rate          | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------|-------------------|----------|
| 12/4/2014  | BL  | Draft, revise, and finalize opposition to plaintiff's motion to compel electronic documents and other discovery. Discovery Motions | 5.20 208.00/hr    | 1,081.60 |
|            | BL  | Prepare exhibit to opposition to plaintiff's motion to compel electronic documents and other discovery. Discovery Motions | 0.10 208.00/hr    | 20.80    |
|            | BL  | Conduct research in support of opposition to plaintiff's motion to compel electronic documents and other discovery. Analysis/Strategy | 0.70 208.00/hr    | 145.60   |
|            | ARH | ████████████████████████████████. Case Assessment                                               | 0.30 300.00/hr    | 90.00    |
|            | ARH | Further correspond with Ted McNamara and Sarah Kavianian regarding ██████████████████████es. Case Assessment | 0.40 300.00/hr    | 120.00   |
|            | ARH | Revised opposition to plaintiff's motion to compel electronic documents. Discovery Motions        | 1.20 300.00/hr    | 360.00   |
| 12/5/2014  | BL  | Teleconference with Ted McNamara, Sarah Kavianian, and Andrew R. Herron regarding ████████████. Case Assessment | 0.40 208.00/hr    | 83.20    |
|            | ARH | Phone conference with Ted McNamara and Sarah Kavianian regarding ███████████. Case Assessment    | 0.40 300.00/hr    | 120.00   |
| 12/8/2014  | BL  | Review order granting motion to dismiss with prejudice. Written Motions and Submissions          | 0.40 208.00/hr    | 83.20    |
|            | BL  | Review emails from Andrew R. Herron, Ted McNarmara, Jose A. Ortiz and Greg Isbell regarding order dismissing case with prejudice. Written Motions and Submissions | 0.10 208.00/hr    | 20.80    |
|            | BL  | Attend teleconference with Ted McNamara and Andrew R. Herron regarding motion to dismiss. Written Motions and Submissions | 0.20 208.00/hr    | 41.60    |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/8/2014 | JAO | Review order dismissing case.<br>Case Assessment | 0.40<br>300.00/hr | 120.00 |
| | JAO | Confer with client regarding dismissal and strategy.<br>Analysis/Strategy | 0.40<br>300.00/hr | 120.00 |
| | ARH | Receive and review order dismissing case with prejudice.<br>Analysis/Strategy | 0.40<br>300.00/hr | 120.00 |
| | ARH | E-mails with Ted McNarmara, Jose A. Ortiz and Greg Isbell regarding dismissal and related strategy.<br>Analysis/Strategy | 0.20<br>300.00/hr | 60.00 |
| | ARH | Telephone conference with Ted McNamara regarding dismissal.<br>Written Motions and Submissions | 0.20<br>300.00/hr | 60.00 |
| 12/9/2014 | JAO | Confer with client regarding strategy for possible settlement.<br>Analysis/Strategy | 0.40<br>300.00/hr | 120.00 |
| | ARH | Meet and confer e-mail from opposing counsel regarding his intent to file a motion for rehearing. | 0.10<br>300.00/hr | 30.00 |
| | ARH | Confer with client regarding settlement of attorneys fees / appeal.<br>Analysis/Strategy | 0.30<br>300.00/hr | 90.00 |
| 12/10/2014 | BL | ███████████████████████<br>Case Assessment | 0.20<br>208.00/hr | 41.60 |
| | ARH | Prepare and send correspondence to opposing counsel regarding his intent to file a motion for rehearing, and potential settlement of plaintiff's fee liability. | 0.30<br>300.00/hr | 90.00 |
| 12/11/2014 | BL | Research deadline for filing motion for fees and costs given competing timeframes provided by Federal Rule and the offer of judgment statute.<br>Analysis/Strategy | 0.50<br>208.00/hr | 104.00 |
| | ARH | Attention to potential fee motion and deadlines regarding same.<br>Analysis/Strategy | 0.30<br>300.00/hr | 90.00 |

|            |     | Hrs/Rate | Amount |
|------------|-----|----------|--------|

| 12/17/2014 BL | Review email from Andrew R. Herron to opposing counsel regarding potential resolution to the appeal.<br>Case Assessment | 0.10<br>208.00/hr | 20.80 |
| ARH | E-mail to opposing counsel regarding resolution of fee liability and potential appeal.<br>Case Assessment | 0.10<br>300.00/hr | 30.00 |
| 12/18/2014 BL | Review emails from opposing counsel and Andrew R. Herron regarding plaintiff's rejection of settlement offer.<br>Case Assessment | 0.10<br>208.00/hr | 20.80 |
| ARH | Emails from opposing counsel regarding plaintiff's rejection of settlement offer.<br>Case Assessment | 0.20<br>300.00/hr | 60.00 |
| ARH | E-mail to Ted McNamara regarding rejection of settlement.<br>Case Assessment | 0.20<br>300.00/hr | 60.00 |
| 12/19/2014 BL | Draft bill of cost on AO Form as required under local rule to tax costs.<br>Written Motions and Submissions | 0.20<br>208.00/hr | 41.60 |
| BL | Email to Natalie Drubin seeking attorneys' fees and costs.<br>Case Assessment | 0.10<br>208.00/hr | 20.80 |
| BL | Draft and revise draft email to opposing counsel in compliance with local rules 7.1 and 7.3 requirement to confer before moving for taxable costs.<br>Case Assessment | 0.20<br>208.00/hr | 41.60 |
| BL | Draft motion to tax fees.<br>Case Assessment | 1.50<br>208.00/hr | 312.00 |
| BL | Review local rule setting forth procedure for filing motions for fees and costs.<br>Case Assessment | 0.20<br>208.00/hr | 41.60 |
| BL | Research apparent conflict between local rule and offer of judgment statute with respect to time for moving for fees and costs and | 1.20<br>208.00/hr | 249.60 |

| | | Hrs/Rate | Amount |
|---|---|---|---|

determine whether we are required to follow local rule or statute.
Case Assessment

| 12/19/2014 BL | Conduct research in support of motions for fees and costs.<br>Case Assessment | 0.60<br>208.00/hr | 124.80 |
|---|---|---|---|
| ARH | Attention to fee motion and requirements of civil and local rules.<br>Case Assessment | 0.60<br>300.00/hr | 180.00 |
| 12/22/2014 JAO | Review motion for reconsideration.<br>Written Motions and Submissions | 0.50<br>300.00/hr | 150.00 |
| BL | Review Chang's motion to alter or amend order granting Chase's<br>motion to dismiss.<br>Written Motions and Submissions | 0.40<br>208.00/hr | 83.20 |
| ARH | Receive and review plaintiff's motion to alter or amend dismissal order.<br>Written Motions and Submissions | 0.50<br>300.00/hr | 150.00 |
| 12/29/2014 BL | Review motion for extension of time to respond to motion for rehearing.<br>Written Motions and Submissions | 0.10<br>208.00/hr | 20.80 |
| ARH | Prepare, revise and file motion and order regarding extension of time<br>to respond to motion for rehearing.<br>Written Motions and Submissions | 2.00<br>300.00/hr | 600.00 |
| 12/31/2014 BL | Review emails from Ted McNamara and Sarah Kavanian regarding<br><br>Case Assessment | 0.10<br>208.00/hr | 20.80 |
| 1/5/2015 BL | Conduct research of caselaw in support of opposition to plaintiff's Rule<br>59 motion to reconsider and vacate the dismissal order.<br>Analysis/Strategy | 2.00<br>203.00/hr | 406.00 |
| BL | Conduct research in support of motion for taxable costs.<br>Analysis/Strategy | 0.50<br>203.00/hr | 101.50 |
| BL | Draft and revise motion for taxable costs.<br>Written Motions and Submissions | 1.30<br>203.00/hr | 263.90 |

| | | Hrs/Rate | Amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **1/5/2015 BL** | Draft and revise verification in support of motion for taxable costs.<br>Written Motions and Submissions | 0.40<br>203.00/hr | 81.20 |
| **BL** | Draft and revise motion for attorney's fees pursuant to proposal for settlement and local rule.<br>Written Motions and Submissions | 0.60<br>203.00/hr | 121.80 |
| **BL** | Conduct research in support of motion for attorney's fees pursuant to proposal for settlement and regarding Local Rule 7.3.<br>Analysis/Strategy | 0.30<br>203.00/hr | 60.90 |
| **ARH** | Correspond with Ted McNamara regarding motion for rehearing and our opposition thereto.<br>Written Motions and Submissions | 0.20<br>293.00/hr | 58.60 |
| **ARH** | Attention to development of arguments to be raised in opposition to plaintiff's Rule 59 motion.<br>Analysis/Strategy | 1.00<br>293.00/hr | 293.00 |
| **ARH** | Revise taxable costs motion.<br>Written Motions and Submissions | 0.30<br>293.00/hr | 87.90 |
| **1/6/2015 BL** | Review order granting motion for extension of time to respond to plaintiff's motion for reconsideration.<br>Written Motions and Submissions | 0.10<br>203.00/hr | 20.30 |
| **BL** | Review emails from Andrew R. Herron and Carl Schoeppl regarding motion to tax costs.<br>Case Assessment | 0.10<br>203.00/hr | 20.30 |
| **BL** | Revise motion to tax costs.<br>Written Motions and Submissions | 0.80<br>203.00/hr | 162.40 |
| **BL** | Prepare exhibits to motion to tax costs.<br>Written Motions and Submissions | 0.50<br>203.00/hr | 101.50 |
| **BL** | Calculate costs to be sought and division with Freeman case.<br>Written Motions and Submissions | 0.40<br>203.00/hr | 81.20 |

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| **1/6/2015 BL** | | 2.00 | 406.00 |
| | Draft and revise motion for attorney's fees.<br>Written Motions and Submissions | 203.00/hr | |
| BL | | 0.40 | 81.20 |
| | Conduct research to determine whether non-taxable costs (such as travel and shipping) may be sought under Florida offer of judgment/proposal for settlement statute.<br>Analysis/Strategy | 203.00/hr | |
| BL | | 0.20 | 40.60 |
| | Revise verification of Andrew R. Herron to accompany motion to tax costs.<br>Written Motions and Submissions | 203.00/hr | |
| BL | | 0.20 | 40.60 |
| | Review invoices documenting costs and make necessary redactions of TIN Numbers of court reporting companies.<br>Written Motions and Submissions | 203.00/hr | |
| BL | | 0.40 | 81.20 |
| | Begin drafting opposition to plaintiff's rule 59 motion for rehearing.<br>Written Motions and Submissions | 203.00/hr | |
| BL | | 0.80 | 162.40 |
| | Obtain and review bills to be produced with motion for attorneys' fees and make redactions.<br>Written Motions and Submissions | 203.00/hr | |
| ARH | | 0.10 | 29.30 |
| | Receive and review order granting motion for extension of time to respond to plaintiff's rule 59 motion.<br>Written Motions and Submissions | 293.00/hr | |
| ARH | | 0.30 | 87.90 |
| | Letter to Carl Schoeppl regarding meet and confer regarding Chase's motion to tax costs.<br>Court Mandated Conferences | 293.00/hr | |
| ARH | | 0.40 | 117.20 |
| | Revise motion to tax costs and attorney verification regarding same.<br>Written Motions and Submissions | 293.00/hr | |
| ARH | | 0.10 | 29.30 |
| | Letter from Carl Schoeppl regarding meet and confer regarding Chase's motion to tax costs.<br>Court Mandated Conferences | 293.00/hr | |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/7/2015 BL | Review bills again, make necessary redactions, and prepare as an exhibit to draft motion for attorneys' fees.<br>Written Motions and Submissions | 0.50<br>203.00/hr | 101.50 |
| BL | Revise motion for attorneys' fees, calculate final figures, and make final adjustments to motion.<br>Written Motions and Submissions | 3.00<br>203.00/hr | 609.00 |
| BL | Revise, finalize, prepare exhibits for, and file motion to tax costs.<br>Written Motions and Submissions | 0.80<br>203.00/hr | 162.40 |
| BL | Draft and revise email to opposing counsel on behalf of Andrew R. Herron regarding service of draft motion for attorneys' fees.<br>Case Assessment | 0.20<br>203.00/hr | 40.60 |
| BL | Research other case involving Plaintiff suing William Lin in California and locate and pull electronic docket.<br>Case Assessment | 0.30<br>203.00/hr | 60.90 |
| BL | Draft response in opposition to Plaintiff's motion for Rule 59 rehearing.<br>Written Motions and Submissions | 1.80<br>203.00/hr | 365.40 |
| BL | Conduct research in support of response in opposition to Plaintiff's motion for Rule 59 rehearing.<br>Written Motions and Submissions | 0.50<br>203.00/hr | 101.50 |
| ARH | Revised attorneys' fees motion.<br>Written Motions and Submissions | 1.00<br>293.00/hr | 293.00 |
| ARH | Review and further redact time records to be attached to fee motion.<br>Written Motions and Submissions | 0.80<br>293.00/hr | 234.40 |
| ARH | Attention to Chang v. Lin case in California, and review docket.<br>Case Assessment | 0.20<br>293.00/hr | 58.60 |
| ARH | Final pre-filing review and proof of motion to tax costs.<br>Written Motions and Submissions | 0.30<br>293.00/hr | 87.90 |

| | Hrs/Rate | Amount |
|---|---|---|
| **1/7/2015 ARH** | 0.20 293.00/hr | 58.60 |
| Revise and send letter to opposing counsel regarding meet and confer regarding motion for attorneys' fees. Court Mandated Conferences | | |
| **1/8/2015 BL** | 4.20 203.00/hr | 852.60 |
| Draft opposition to Rule 59 motion for rehearing. Written Motions and Submissions | | |
| **1/9/2015 BL** | 0.40 203.00/hr | 81.20 |
| Conduct research in support of response in opposition to motion for rehearing. Analysis/Strategy | | |
| **BL** | 1.10 203.00/hr | 223.30 |
| Draft response in opposition to motion for rehearing. Analysis/Strategy | | |
| **1/13/2015 BL** | 1.20 203.00/hr | 243.60 |
| Conduct research in support of opposition to motion for rehearing by reviewing cases cited by Plaintiff and wire transfer cases. Analysis/Strategy | | |
| **BL** | 4.70 203.00/hr | 954.10 |
| Draft opposition to motion for rehearing filed by Plaintiff. Written Motions and Submissions | | |
| **1/14/2015 BL** | 6.20 203.00/hr | 1,258.60 |
| Draft and revise response in opposition to motion for rehearing. Written Motions and Submissions | | |
| **ARH** | 4.00 293.00/hr | 1,172.00 |
| Revised opposition to motion for rehearing. Written Motions and Submissions | | |
| **1/15/2015 BL** | 4.70 203.00/hr | 954.10 |
| Work on response in opposition to motion for rehearing. Written Motions and Submissions | | |
| **BL** | 0.10 203.00/hr | 20.30 |
| Correspond via email with Ted McNamara regarding draft response in opposition to motion for rehearing. Written Motions and Submissions | | |
| **BL** | 0.40 203.00/hr | 81.20 |
| Conduct research in support of response in opposition to motion for reconsideration. Analysis/Strategy | | |
| **BL** | 0.40 203.00/hr | 81.20 |
| Locate and review recently published Middle District of Florida case on point and which provides additional analysis about the substantial | | |

|  | Hrs/Rate | Amount |
|---|---|---|

assistance prong of aiding and abetting allegations.
Analysis/Strategy

| 1/15/2015 ARH | | 3.20<br>293.00/hr | 937.60 |
|---|---|---|---|

Revised opposition to motion for rehearing.
Written Motions and Submissions

| ARH | | 0.30<br>293.00/hr | 87.90 |
|---|---|---|---|

Review new and helpful Middle District case on aiding and abetting
claims.
Analysis/Strategy

| ARH | | 0.10<br>293.00/hr | 29.30 |
|---|---|---|---|

Review correspondence to Ted McNamara regarding opposition to
motion for rehearing.
Written Motions and Submissions

| 1/16/2015 BL | | 1.50<br>203.00/hr | 304.50 |
|---|---|---|---|

Review transcripts of depositions of William Lin, Olga Perdomo, and
Rumaldo Hernandez for excerpts to include as exhibits in opposition to
motion for reconsideration.
Written Motions and Submissions

| BL | | 0.40<br>203.00/hr | 81.20 |
|---|---|---|---|

Prepare and redact confidential information from exhibits for opposition
to motion for reconsideration.
Written Motions and Submissions

| BL | | 2.80<br>203.00/hr | 568.40 |
|---|---|---|---|

Revise, finalize and file opposition to motion for rehearing.
Written Motions and Submissions

| ARH | | 0.10<br>293.00/hr | 29.30 |
|---|---|---|---|

Correspondence from Ted McNamara regarding opposition to motion
for rehearing.
Written Motions and Submissions

| ARH | | 1.40<br>293.00/hr | 410.20 |
|---|---|---|---|

Revise and proof opposition to motion for rehearing.
Written Motions and Submissions

| ARH | | 0.20<br>293.00/hr | 58.60 |
|---|---|---|---|

E-mail to C. Alzate, R. Hernandez and M. Torano regarding status and
dismissal.
Case Assessment

| 1/26/2015 BL | | 0.10<br>203.00/hr | 20.30 |
|---|---|---|---|

Review letter from Carl Schoeppl.
Case Assessment

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/26/2015 BL | Review offer of judgment served by Chang.<br>Case Assessment | 0.10<br>203.00/hr | 20.30 |
| BL | Correspond via email with Andrew R. Herron and Ted McNamara regarding offer of judgment, reply brief served by Plaintiff, and other pending issues.<br>Case Assessment | 0.30<br>203.00/hr | 60.90 |
| BL | Review Chang's reply in support of motion for reconsideration, including exhibits.<br>Written Motions and Submissions | 0.50<br>203.00/hr | 101.50 |
| BL | Review Chang's opposition to Chase's motion to tax costs.<br>Written Motions and Submissions | 0.10<br>203.00/hr | 20.30 |
| ARH | Receive and review opposition to Chase's motion to tax costs.<br>Written Motions and Submissions | 0.10<br>293.00/hr | 29.30 |
| ARH | Receive and review Plaintiff's reply in support of motion for reconsideration.<br>Written Motions and Submissions | 0.50<br>293.00/hr | 146.50 |
| ARH | Correspond with Ted McNamara re offer of judgment and plaintiff's reply.<br>Case Assessment | 0.30<br>293.00/hr | 87.90 |
| 1/27/2015 BL | Review emails from Andrew R. Herron and Ted McNamara regarding offer of judgment served by Chang and his proposed second amended complaint filed in reply brief.<br>Case Assessment | 0.10<br>203.00/hr | 20.30 |
| BL | Attention to Plaintiff's new allegations in proposed second amended complaint filed with reply brief and whether they withstand Rule 11 scrutiny by comparing with discovery.<br>Case Assessment | 0.30<br>203.00/hr | 60.90 |
| ARH | Review proposed amended complaint from Chang and prepare memorandum to Ted McNamara regarding Plaintiff's strategy shift ▓▓▓<br>▓▓▓▓▓▓▓▓▓▓<br>Case Assessment | 1.00<br>293.00/hr | 293.00 |

|              |     |                                                                                                                              | Hrs/Rate            | Amount    |
|--------------|-----|------------------------------------------------------------------------------------------------------------------------------|---------------------|-----------|
| 2/3/2015     | BL  | Revise and finalize motion for attorneys' fees.<br>Written Motions and Submissions                                           | 0.30<br>203.00/hr   | 60.90     |
|              | ARH | Worked on motion for attorneys' fees.<br>Written Motions and Submissions                                                     | 0.50<br>293.00/hr   | 146.50    |
| 2/4/2015     | BL  | Draft, revise, finalize, and file reply in support of motion to tax costs.<br>Written Motions and Submissions                | 0.40<br>203.00/hr   | 81.20     |
|              | BL  | Revise, finalize, and file verified motion to tax attorneys' fees.<br>Written Motions and Submissions                        | 0.60<br>203.00/hr   | 121.80    |
|              | BL  | Review case cited by Plaintiff in opposition to motion to tax costs.<br>Analysis/Strategy                                    | 0.20<br>203.00/hr   | 40.60     |
|              | ARH | Revise and proof reply in support of motion to tax costs.<br>Written Motions and Submissions                                 | 0.30<br>293.00/hr   | 87.90     |
|              | ARH | Review, revise and proof motion for attorneys' fees.<br>Written Motions and Submissions                                      | 0.50<br>293.00/hr   | 146.50    |
| 2/10/2015    | ARH | Receive and review order referring fee motion to magistrate.<br>Case Assessment                                             | 0.10<br>293.00/hr   | 29.30     |
| 2/11/2015    | BL  | Initial review of plaintiff's opposition to Chase's motion for attorney's fees and exhibits thereto.<br>Written Motions and Submissions | 0.20<br>203.00/hr   | 40.60     |
|              | ARH | Receive and review plaintiff's opposition to our fee motion.<br>Case Assessment                                              | 0.40<br>293.00/hr   | 117.20    |
| 2/18/2015    | CB  | Legal research regarding conflict between local rule and Florida statute governing time to move for attorneys' fees.<br>Case Assessment | 0.50<br>203.00/hr   | NO CHARGE |
|              | BL  | Draft reply in support of motion for fees.<br>Written Motions and Submissions                                                | 2.00<br>203.00/hr   | 406.00    |

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| **2/18/2015 BL** | Conduct research in support of reply supporting motion for fees and interplay between statutory time requirements and local rule time requirements.<br>Analysis/Strategy | 1.80<br>203.00/hr | 365.40 |
| **ARH** | Attention to reply in support of motion for fees.<br>Written Motions and Submissions | 0.50<br>293.00/hr | 146.50 |
| **2/19/2015 CB** | Legal research regarding timeliness of motion in federal court under Florida offer of judgment statute.<br>Case Assessment | 0.60<br>203.00/hr | NO CHARGE |
| **BL** | Conduct research in support of reply supporting motion for fees and interplay between statutory time requirements and local rule time requirements.<br>Analysis/Strategy | 1.00<br>203.00/hr | 203.00 |
| **BL** | Draft and revise reply supporting motion for fees and interplay between statutory time requirements and local rule time requirements.<br>Analysis/Strategy | 7.00<br>203.00/hr | 1,421.00 |
| **ARH** | Review case law regarding substantive / procedural nature of time limits in Florida offer of judgment statute vis-a-vis Florida rules of procedure and federal court local rules.<br>Written Motions and Submissions | 1.00<br>293.00/hr | 293.00 |
| **2/20/2015 BL** | Revise reply in support of motion for attorney's fees.<br>Written Motions and Submissions | 2.00<br>203.00/hr | NO CHARGE |
| **ARH** | Worked on reply in support of motion for attorney's fees.<br>Written Motions and Submissions | 2.00<br>293.00/hr | 586.00 |
| **2/23/2015 BL** | Revise, finalize, and file reply in support of motion for attorneys' fees.<br>Written Motions and Submissions | 1.20<br>203.00/hr | NO CHARGE |
| **ARH** | Revise and proof reply in support of motion for attorneys' fees.<br>Written Motions and Submissions | 2.50<br>293.00/hr | 732.50 |
| **2/25/2015 JAO** | Review case update memo.<br>Case Assessment | 0.20<br>293.00/hr | 58.60 |

| | Hrs/Rate | Amount |
|---|---|---|
| **2/25/2015 ARH** | 0.50<br>293.00/hr | 146.50 |
| Prepare detailed status report to Ted McNamara regarding all pending matters.<br>Case Assessment | | |
| **6/15/2015 BL** | 0.30<br>203.00/hr | 60.90 |
| Draft, revise and file notice of 90 days expiring.<br>Written Motions and Submissions | | |
| **BL** | 0.10<br>203.00/hr | 20.30 |
| Review emails from Ted McNamara and Andrew R. Herron regarding pending issues.<br>Written Motions and Submissions | | |
| **ARH** | 0.20<br>293.00/hr | 58.60 |
| E-mails with Ted McNamara regarding status.<br>Case Assessment | | |
| **7/21/2015 BL** | 0.10<br>203.00/hr | 20.30 |
| Review order denying plaintiff's motion for reconsideration/rehearing.<br>Case Assessment | | |
| **BL** | 0.10<br>203.00/hr | 20.30 |
| Review emails from Andrew R. Herron, Ted McNamara, and Greg Isbell regarding order denying plaintiff's motion for reconsideration.<br>Case Assessment | | |
| **JAO** | 0.30<br>293.00/hr | 87.90 |
| Review order denying rehearing and confer with Andrew Herron regarding same.<br>Case Assessment | | |
| **ARH** | 0.30<br>293.00/hr | 87.90 |
| Receive and review order denying plaintiff's motion for reconsideration and confer with Jose A. Ortiz regarding same.<br>Case Assessment | | |
| **ARH** | 0.20<br>293.00/hr | 58.60 |
| Prepare memo to Ted McNamara and Greg Isbel regarding order denying plaintiff's motion for reconsideration.<br>Case Assessment | | |
| **8/12/2015 BL** | 0.10<br>203.00/hr | 20.30 |
| Review notice of appeal filed by Chang.<br>Written Motions and Submissions | | |
| **ARH** | 0.10<br>293.00/hr | 29.30 |
| Review notice of appeal filed by Chang.<br>Written Motions and Submissions | | |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/13/2015 ARH | Correspond with Ted McNamara regarding status of fee requests.<br>Case Assessment | 0.20<br>293.00/hr | 58.60 |
| 8/21/2015 BL | Review transcript order information and 11th Circuit acknowledgment of appeal.<br>Written Motions and Submissions | 0.10<br>203.00/hr | 20.30 |
| ARH | Receive and review 11th Circuit acknowledgment of appeal.<br>Written Motions and Submissions | 0.10<br>293.00/hr | 29.30 |
| 8/25/2015 ARH | Receive and review appearance of counsel forms.<br>Written Motions and Submissions | 0.10<br>293.00/hr | 29.30 |
| 8/31/2015 BL | Draft, finalize and file required notice of appearance of counsel.<br>Written Motions and Submissions | 0.30<br>203.00/hr | 60.90 |
| BL | Attention to 11th Circuit Rules for required notice of appearance, certificate of interested parties, and corporate disclosure statement.<br>Written Motions and Submissions | 0.20<br>203.00/hr | 40.60 |
| ARH | Reviw appearance of counsel for filing.<br>Written Motions and Submissions | 0.10<br>293.00/hr | 29.30 |
| 9/1/2015 BL | Review Report and Recommendation entered on Chase's motions to tax fees and costs.<br>Written Motions and Submissions | 0.20<br>203.00/hr | 40.60 |
| BL | Correspond by email with Ted McNamara regarding Report and Recommendation entered on Chase's motions to tax fees and costs.<br>Written Motions and Submissions | 0.10<br>203.00/hr | 20.30 |
| ARH | Receive and review Report and Recommendation entered on Chase's motions for fees and costs.<br>Written Motions and Submissions | 0.20<br>293.00/hr | 58.60 |
| ARH | Review correspondence with Ted McNamara regarding Report and Recommendation.<br>Written Motions and Submissions | 0.10<br>293.00/hr | 29.30 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/2/2015 ARH | Correspond with Ted McNamara regarding potential resolution of fee issues with Chang.<br>Case Assessment | 0.30<br>293.00/hr | 87.90 |
| 9/3/2015 ARH | Correspond with Greg Isbell regarding fee order.<br>Case Assessment | 0.10<br>293.00/hr | 29.30 |
| 9/4/2015 BL | Review Civil Appeal Statement filed by Chang.<br>Written Motions and Submissions | 0.10<br>203.00/hr | 20.30 |
| BL | Research whether Chase must or can file counter civil appeal statement.<br>Written Motions and Submissions | 0.10<br>203.00/hr | 20.30 |
| BL | Review Chang's Certificate of Interested Persons and Corporate Disclosure Statement<br>Written Motions and Submissions | 0.10<br>203.00/hr | 20.30 |
| BL | Draft and revise notice that certificate of interested persons and corporate disclosure statement is complete.<br>Written Motions and Submissions | 0.20<br>203.00/hr | 40.60 |
| BL | Research Chase's obligation to respond to certificate of interested persons and corporate disclosure statement is complete.<br>Written Motions and Submissions | 0.10<br>203.00/hr | 20.30 |
| ARH | Receive and review Civil Appeal Statement filed by Chang.<br>Written Motions and Submissions | 0.10<br>293.00/hr | 29.30 |
| ARH | Review notice regarding certificate of interested persons.<br>Written Motions and Submissions | 0.10<br>293.00/hr | 29.30 |
| 9/8/2015 BL | Review email from Ted McNamara regarding pending issues.<br>Case Assessment | 0.10<br>203.00/hr | 20.30 |
| ARH | Correspond with Ted McNamara.<br>Case Assessment | 0.10<br>293.00/hr | 29.30 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/11/2015 BL | Review email from 11th Circuit mediator regarding mediation.<br>Settlement/Non-Binding ADR | 0.10<br>203.00/hr | 20.30 |
| ARH | Email from 11th Circuit mediator.<br>Settlement/Non-Binding ADR | 0.10<br>293.00/hr | 29.30 |
| ARH | Phone conference with Ted McNamara regarding fee issues and strategy,<br>Settlement/Non-Binding ADR | 0.20<br>293.00/hr | 58.60 |
| 9/15/2015 BL | Conduct research for response to objection to report and recommendation.<br>Written Motions and Submissions | 0.70<br>203.00/hr | 142.10 |
| BL | Draft and revise response to objection to report and recommendation.<br>Written Motions and Submissions | 2.20<br>203.00/hr | 446.60 |
| BL | Review objection to report and recommendation.<br>Written Motions and Submissions | 0.20<br>203.00/hr | 40.60 |
| ARH | Receive and review objection to report and recommendation.<br>Written Motions and Submissions | 0.30<br>293.00/hr | 87.90 |
| ARH | Letter to opposing counsel regarding settlement.<br>Settlement/Non-Binding ADR | 0.30<br>293.00/hr | 87.90 |
| 9/16/2015 BL | Review emails from Ted McNamara and Andrew R. Herron regarding pending issues.<br>Case Assessment | 0.10<br>203.00/hr | 20.30 |
| BL | Revise response to objection to report and recommendation.<br>Written Motions and Submissions | 2.00<br>203.00/hr | 406.00 |
| ARH | Correspond with Ted McNamara regarding settlement.<br>Settlement/Non-Binding ADR | 0.20<br>293.00/hr | 58.60 |
| ARH | Revise opposition to objection to report and recommendation.<br>Written Motions and Submissions | 1.00<br>293.00/hr | 293.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/17/2015 | BL | Revise response to objections to report and recommendation.<br>Written Motions and Submissions | 0.40<br>203.00/hr | 81.20 |
|  | BL | Emails with Ted McNamara regarding draft response to objections to report and recommendation.<br>Case Assessment | 0.10<br>203.00/hr | 20.30 |
|  | ARH | Revise opposition to objection to report and recommendation.<br>Written Motions and Submissions | 0.30<br>293.00/hr | 87.90 |
|  | ARH | Review emails with Ted McNamara regarding opposition to objections to report and recommendation.<br>Case Assessment | 0.10<br>293.00/hr | 29.30 |
| 9/18/2015 | BL | Finalize and file response to objections to report and recommendation.<br>Written Motions and Submissions | 0.20<br>203.00/hr | 40.60 |
| 9/22/2015 | BL | Email to Ted McNamara regarding Chang's initial brief.<br>Appellate Motions and Submissions | 0.10<br>203.00/hr | 20.30 |
|  | ARH | Initial review of appellate brief.<br>Appellate Motions and Submissions | 0.30<br>293.00/hr | 87.90 |
| 9/23/2015 | BL | Initial reviews of Appellant Brief and appendix.<br>Appellate Motions and Submissions | 2.00<br>203.00/hr | 406.00 |
|  | BL | Review certain cases cited by appellant.<br>Appellate Motions and Submissions | 0.60<br>203.00/hr | 121.80 |
| 9/25/2015 | BL | Review order adopting report and recommendation and awarding fees to Chase.<br>Written Motions and Submissions | 0.10<br>203.00/hr | 20.30 |
|  | ARH | Attention to Chang collection issues.<br>Case Assessment | 0.30<br>293.00/hr | 87.90 |
|  | BL | Conduct research on whether Chase can compel Chang's deposition in aid of execution in Florida.<br>Case Assessment | 0.30<br>203.00/hr | 60.90 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/25/2015 BL | Conduct research in support of answer brief.<br>Case Assessment | 1.20<br>203.00/hr | 243.60 |
| ARH | Review and analyze Chang's initial brief.<br>Appellate Motions and Submissions | 1.50<br>293.00/hr | 439.50 |
| ARH | Review order adopting report and recommendation.<br>Written Motions and Submissions | 0.10<br>293.00/hr | 29.30 |
| 9/28/2015 BL | Draft and revise meet and confer letter to opposing counsel regarding whether Chang will pay judgment and regarding other pending issues.<br>Written Motions and Submissions | 0.60<br>203.00/hr | 121.80 |
| BL | Draft and revise motion to amend judgment and to compel fact information sheet.<br>Written Motions and Submissions | 2.20<br>203.00/hr | 446.60 |
| BL | Conduct research in support of motion to amend judgment and to compel fact information sheet.<br>Case Assessment | 0.70<br>203.00/hr | 142.10 |
| BL | Draft second motion for attorneys fees.<br>Written Motions and Submissions | 1.80<br>203.00/hr | 365.40 |
| 9/29/2015 BL | Review documents from Chang's appendix, including filings subject of appeal, in preparation for drafting answer brief.<br>Appellate Briefs | 3.50<br>203.00/hr | 710.50 |
| BL | Conduct research in support of answer brief.<br>Appellate Briefs | 1.20<br>203.00/hr | 243.60 |
| BL | Review 11th Circuit Rules regarding form of brief and requirements.<br>Appellate Briefs | 0.20<br>203.00/hr | 40.60 |
| BL | Draft answer brief.<br>Appellate Briefs | 1.40<br>203.00/hr | 284.20 |
| ARH | Revise letter to opposing counsel regarding collection against Chang.<br>Written Motions and Submissions | 0.30<br>293.00/hr | 87.90 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/29/2015 ARH | | 0.30 | 87.90 |
| | Revise motion to amend judgment. | 293.00/hr | |
| | Written Motions and Submissions | | |
| 9/30/2015 BL | | 0.40 | 81.20 |
| | Review appendix documents. | 203.00/hr | |
| | Appellate Briefs | | |
| BL | | 0.60 | 121.80 |
| | Conduct research in support of answer brief. | 203.00/hr | |
| | Appellate Briefs | | |
| BL | | 4.40 | 893.20 |
| | Draft answer brief. | 203.00/hr | |
| | Appellate Briefs | | |
| | For professional services rendered | 169.90 | $38,533.30 |



### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew Herron | 50.10 | 295.53 | $14,806.00 |
| Brian Lechich | 116.50 | 198.03 | $23,070.80 |
| Charlie Brumby | 1.10 | 0.00 | $0.00 |
| Jose Ortiz | 2.20 | 298.41 | $656.50 |